USCA1 Opinion

 

 October 17, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1179 JAMES WILEY NICHOLS, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Carmen C. Cerezo, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ James Wiley Nichols on brief pro se. ___________________ Guillermo Gil, United States Attorney, and Juan A. Pedrosa, ______________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Petitioner, James Wiley Nichols, ___________ appeals from the denial of his second petition under 28 U.S.C. 2255 to set aside, vacate or correct his sentence. For the reasons stated by the district court, we affirm its decision dismissing the petition as an abuse of the writ and amending petitioner's sentence to substitute the term of special parole imposed with a term of supervised release of identical length. Affirmed. ________